Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EMMA JACKSON, Widow of GRANDISON JACKSON, Deceased, Respondent, for Compensation under the Workmen's Compensation Law, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.